UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22436-GAYLES/TORRES

**NEXTPLAT CORP. f/k/a ORBSAT CORP.**,

    Plaintiff,

v.

**THOMAS SEIFERT**,

    Defendant.

_____/

**THOMAS SEIFERT,**

    Counter-Plaintiff,

v.

**NEXTPLAT CORP. f/k/a ORBSAT CORP.,
and CHARLES M. FERNANDEZ**,

    Counter-Defendants.

_____/

**ORDER**

    **THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (the "Report"), [ECF No. 169], regarding Defendant/Counter-Plaintiff Thomas Seifert's Motion to Dismiss Second Amended Complaint for Lack of Subject Matter Jurisdiction (the "Motion"), [ECF No. 151]. On April 22, 2022, the Court referred this case to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 56]. On June 14, 2023, Judge Torres issued his Report recommending that the Motion be denied. [ECF No. 169]. Seifert filed timely objections. [ECF No. 172].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that the Motion be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 169], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Seifert's Motion to Dismiss Second Amended Complaint, [ECF No. 151], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of August, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE